IN THE SUPREME COURT OF THE STATE OF NEVADA

KIMBERLY WARD-BUTLER,
                    Appellant,
              vs.
TERENCE J. BUTLER,
                    Respondent.

No. 79073

FILED

SEP 09 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.   NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Cheryl B. Moss, District Judge, Family Court Division
       Law Office of Michael Rhodes, PLLC
       The Law Office of Daniel C. Allen, LLC
       Eighth District Court Clerk

20-33170